UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

COLM MARTIN,

                              Plaintiff,

     v.                                           1:21-CV-0597
                                                       (GLS/DJS)

TOWN OF ULSTER, *et al*.,

                              Defendants.
_____

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

     As part of the initial Rule 16 conference, the Court directed that Defendant Leiter's personnel file be submitted to the Court for an *in camera* review. The review has now been completed. The following pages from the personnel file should be disclosed:

     LEITER: 4; 26; 40-56; 58-76; and 78-93.

     The Court directs that Defendants' Counsel immediately retrieve from the Court's Courtroom Deputy, Maria Blunt, the above-referenced personnel file.

     **IT IS SO ORDERED.**

Dated: April 27, 2022
       Albany, New York

                                                             Daniel J. Stewart
                                                             U.S. Magistrate Judge